**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

MUNA WAIS FIDHIN,

Defendant.

Case No. 25-CR-334 (NEB/DTS)

**VERDICT FORM**

**COUNT 1**
(Wire Fraud)

With respect to Count 1 (Wire Fraud), we, the jury, find defendant MUNA WAIS FIDHIN:

**GUILTY** ☒ **NOT GUILTY** ☐

**COUNT 2**
(Wire Fraud)

With respect to Count 2 (Wire Fraud), we, the jury, find defendant MUNA WAIS FIDHIN:

**GUILTY** ☒ **NOT GUILTY** ☐

**COUNT 3**
(Wire Fraud)

With respect to Count 3 (Wire Fraud), we, the jury, find defendant MUNA WAIS FIDHIN:

**GUILTY** ☒ **NOT GUILTY** ☐

**COUNT 4**
(Federal Programs Bribery)

With respect to Count 4 (Federal Programs Bribery), we, the jury, find defendant MUNA WAIS FIDHIN:

GUILTY ☒ NOT GUILTY ☐

**COUNT 5**
(Federal Programs Bribery)

With respect to Count 5 (Federal Programs Bribery), we, the jury, find defendant MUNA WAIS FIDHIN:

GUILTY ☒ NOT GUILTY ☐

**COUNT 6**
(Federal Programs Bribery)

With respect to Count 6 (Federal Programs Bribery), we, the jury, find defendant MUNA WAIS FIDHIN:

GUILTY ☒ NOT GUILTY ☐

**COUNT 7**
(Federal Programs Bribery)

With respect to Count 7 (Federal Programs Bribery), we, the jury, find defendant MUNA WAIS FIDHIN:

GUILTY ☒ NOT GUILTY ☐

**COUNT 8**
(Engaging in Monetary Transaction in Property Derived from Unlawful Activity)

With respect to Count 8 (Engaging in Monetary Transaction in Property Derived from Unlawful Activity), we, the jury, find defendant MUNA WAIS FIDHIN:

GUILTY ☒ NOT GUILTY ☐

**COUNT 10**
(Engaging in Monetary Transaction in Property Derived from Unlawful Activity)

With respect to Count 10 (Engaging in Monetary Transaction in Property Derived from Unlawful Activity), we, the jury, find defendant MUNA WAIS FIDHIN:

GUILTY ☒ NOT GUILTY ☐

Signature Redacted

Dated: 10-21-26

Jury Foreperson